| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 6/11/10 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:45 p.m. |
| | | END TIME: | 2:55 p.m. |

DOCKET NO.   CV-09-236                                                        JUDGE:   DLI

CASE NAME:   Whitfield v. Cooper Electric Supply Co.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiff        Theresa Wade

                              Defendant    Nicole Salvana

SCHEDULING AND RULINGS:

Counsel advised that the case has settled based upon the court's recommendation. The next conference is scheduled for **July 7, 2010 at 2:30 p.m.** Plaintiff's counsel is to initiate the call (Chambers: 718-613-2400). The conference will be automatically marked off the calendar if a stipulation of dismissal is filed before the next conference.